Daniel R. Watkins
Nevada State Bar No. 11881
DW@wl-llp.com
Theresa M. Santos
Nevada State Bar No. 9448
tsantos@wl-llp.com
WATKINS & LETOFSKY, LLP.
8215 S. Eastern Ave., Ste. 265
Las Vegas, NV 89123
Office:(702) 901-7553; Fax: (702) 974-1297
*Attorneys for Plaintiff, Judith Palmer*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUDITH PALMER,<br><br>               Plaintiff,<br><br>vs.<br><br>CLIFTON LARSON ALLEN, LLP., a foreign corporation; AND DOES 1-50, inclusive,<br><br>               Defendants. | Case No.: 2:18-cv-01397-JCM-NJK<br><br>**STIPULATION AND ORDER TO RESCHEDULE EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>**(First Request)** |

      Plaintiff, JUDITH PALMER ("Plaintiff"), by and through her counsel of record, Watkins & Letofsky, LLP. and Defendant, CLIFTON LARSON ALLEN, LLP. ("Defendant") by and through its counsel of record, Lewis Brisbois Bisgaard & Smith, LLP., hereby stipulate and agree to reschedule the Early Neutral Evaluation, currently scheduled for November 20, 2018 to December 4, 2018.

      The Early Neutral Evaluation in this matter is currently scheduled to occur two days before Thanksgiving. Plaintiff's counsel has travel plans for the week of Thanksgiving. After meeting and conferring with one another and confirming with the Hon. Robert A. McQuaid, Jr., the magistrate judge assigned to preside over the Early Neutral Evaluation, the parties were able

to stipulate to a rescheduled setting. Accordingly, the parties and their counsel have stipulated to reset the Early Neutral Evaluation to December 4, 2018 in Courtroom 3D.

This stipulation and order is sought in good faith and not for the purpose of delay. This is the first request to continue the Early Neutral Evaluation Conference.

Dated this 1st day of October, 2018.

| WATKINS & LETOFSKY, LLP | LEWIS BRISBOIS BISGAARD & SMITH, LLP. |
|---|---|
| /s/ *Theresa M. Santos* | /s/ *Bruce C. Young* |
| Daniel R. Watkins | Bruce C. Young, Esq. |
| Theresa M. Santos | Scott H. Barbab, Esq. |
| 8215 South Eastern Avenue, Ste. 265 | 6385 S. Rainbow Blvd., Ste. 600 |
| Las Vegas, NV 89123 | Las Vegas, NV 89118 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant CliftonLarsonAllen LLP.* |

## **ORDER**

IT IS HEREBY ORDERED that the Early Neutral Evaluation Conference scheduled on November 20, 2018 is rescheduled to December 4, 2018 at 9:45 a.m.

IT IS FURTHER ORDERED that ENE statements shall be submitted to Judge McQuaid, 400 S. Virginia Street, Room 301, Reno, NV 89501, in a sealed envelope marked confidential no later than 4:00 p.m., November 27, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

October 10, 2018
DATED

STIPULATION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION
-2-