# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JUDITH PALMER,

    Plaintiff(s),

v.

CLIFTON LARSON ALLEN, LLP,

    Defendant(s).

Case No.: 2:18-cv-01397-JCM-NJK

**Order**

[Docket No. 22]

Pending before the Court is a stipulation to extend the discovery cutoff and subsequent deadlines by 60 days. Docket No. 21. Requests to extend deadlines in the scheduling order require a showing of good cause. Local Rule 26-4. Good cause exists to modify the scheduling order when the current deadlines cannot reasonably be met despite the parties' diligence. *See, e.g.*, *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). The stipulation in this case lists completed discovery and then indicates that Plaintiff "would like" to conduct more discovery. Docket No. 22 at 2. A mere desire for relief does not establish an entitlement to relief. Because no showing has been made that the remaining discovery could not have been completed by the current cutoff through diligent effort, the stipulation is **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: February 4, 2019

                                                  Nancy J. Koppe
                                                  United States Magistrate Judge