1  BRUCE C. YOUNG, ESQ., NV Bar # 5560
   LEWIS BRISBOIS BISGAARD & SMITH LLP
2  6385 S. Rainbow Boulevard, Suite 600
   Las Vegas, Nevada 89118
3  TEL: 702.893.3383
   FAX: 702.893.3789
4  Bruce.Young@lewisbrisbois.com
   Attorneys for CliftonLarsonAllen LLP

5

6

7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10

11  JUDITH PALMER,                          CASE NO. 2:18-cv-01397-JCM-NJK

12            Plaintiff,

13       vs.                                **STIPULATION AND ORDER TO
                                            DISMISS ENTIRE ACTION WITH
14  CLIFTON LARSON ALLEN, LLP., a foreign   PREJUDICE**
    corporation; AND DOES 1-50, inclusive
15
            Defendants.
16

17

18       Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff JUDITH

19  PALMER and Defendant CLIFTONLARSONALLEN LLP, by and through their respective

20  attorneys of record, hereby notify this Court that they have agreed to resolve this matter.

21  Accordingly, the parties hereby stipulate to dismiss, with prejudice, the entire action and all claims

22  set forth in Plaintiff's Complaint (ECF No. 3).

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4811-1271-7463.1

The parties further agree that they will each bear their own costs and attorneys' fees.

DATED this 23rd day of May, 2019.                     DATED this 23rd day of May, 2019.

LEWIS BRISBOIS BISGAARD & SMITH        WATKINS & LETOFSKY

/s/ Bruce C. Young                                         /s/ Theresa M. Santos
Bruce C. Young, Esq.                                       Theresa M. Santos, Esq.
6385 S. Rainbow Blvd., Suite 600                  8215 S. Eastern Avenue, Suite 265
Las Vegas, Nevada 89118                              Las Vegas, Nevada 89123
Attorneys for Defendant                               Attorney for Plaintiff


**ORDER**


IT IS SO ORDERED:

_____
U.S. DISTRICT COURT JUDGE

DATED: _____May 28, 2019_____

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW